UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:11-cv-24012-KMM

JAN BENSON SEGAL,

    Plaintiff,

vs.

BRE/WELLESLEY PROPERTIES LLC
d/b/a LA QUINTA 7709,
a Foreign Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, JAN BENSON SEGAL, by and through the undersigned counsel, provides this Notice of Settlement, and states:

    1.    The parties have reached an agreement as to the resolution of this ENTIRE litigation.

    2.    Plaintiff's counsel anticipates submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety.

WHEREFORE, Plaintiff, JAN BENSON SEGAL, provides this Notice of the Settlement in this matter and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

## CERTIFICATE OF SERVICE

     WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 10th day of April 2012.  We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

DATED:  April 10, 2012.

Respectfully submitted,

-and-

| By: | /s/ Daniel B. Reinfeld | By: | /s/ William Glenn Dill |
|---|---|---|---|
| | DANIEL B. REINFELD, ESQ. | | WILLIAM GLENN DILL, ESQ. |
| | Florida Bar No.: 174815 | | Florida Bar No.: 127345 |
| | DILL & REINFELD, PLLC | | DILL & REINFELD, PLLC |
| | Wachovia Financial Center | | Wachovia Financial Center |
| | 1909 Tyler Street, Suite 405 | | 1909 Tyler Street, Suite 405 |
| | Hollywood, FL 33020 | | Hollywood, FL 33020 |
| | Telephone: (954) 558-8139 | | Telephone: (305) 632-4213 |
| | Facsimile: (954) 628-5054 | | Facsimile: (954) 628-5054 |
| | E-Mail: dan@reinfeldlaw.com | | E-Mail: dillwg@aol.com |

## SERVICE LIST

CHAD K. LANG, ESQ.
Florida Bar No.: 0156922
MEYER WHITE LLP
2525 Ponce de Leon Blvd.
Suite 1080
Coral Gables, Florida 33134
Telephone: (305) 423-0600
Facsimile: (305) 423-0599
E-mail: clang@meyerwhite.com